FILED

11/21/2019

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 7353302 |
|---|---|
| Plaintiff, | Location Code: M13 |
| vs. | ORDER |
| BRETT J. HINES, | |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 7353302 (for a total of $70), and for good cause shown,

IT IS ORDERED that the $70 fine ($40 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353302.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 21st day of November, 2019.

John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE 11-21-19 BY MS
I hereby certify a copy of this order was mailed to:
e-mail AUSA
mail dft